1    JEROME C. ROTH (SBN 159483)
     MUNGER, TOLLES & OLSON LLP
2    560 Mission Street
     Twenty-Seventh Floor
3    San Francisco, CA  94105-2907
     Telephone:      (415) 512-4000
4    Facsimile:      (415) 512-4077
     *jerome.roth@mto.com*
5

     Attorneys for Defendant
6    LG.PHILIPS LCD AMERICA, INC.

7

8

9

10               UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| Computer World Solution, Inc.., individually and on behalf of all those similarly situated, | CASE NO.  C 07-00123 (CW) |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | Honorable Claudia Wilken |
| LG.Philips LCD Co. Ltd., LG.Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co., Ltd.; Hitachi Ltd.; Hitachi Displays, Ltd.; Hitachi America Ltd.; Hitachi Electronic Devices (USA), Inc.; Sanyo Epson Imaging Devices Corporation; NEC Corporation; NEC LCD Technologies, Ltd.; NEC Electronics America, Inc.; IDT International Ltd.; AU Optronics; International Display Technology Co., Ltd.; International Display Technology USA Inc.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc. | |
| Defendants. | |

1    WHEREAS plaintiff filed a complaint in the above-captioned case on or about

2  January 9, 2007;

3    WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid

4  Crystal Display ("LCD") products;

5    WHEREAS more than six complaints have been filed to date in federal district

6  courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of

7  direct purchasers alleging antitrust violations by manufacturers of LCD products (collectively,

8  "the LCD Cases");

9    WHEREAS there is a motion pending before the Judicial Panel on Multidistrict

10  Litigation to transfer the LCD Cases to the Northern District of California for coordinated or

11  consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

12    WHEREAS plaintiff anticipates the possibility of Consolidated Amended

13  Complaints in the LCD Cases;

14    WHEREAS plaintiff and LG.Philips LCD America, Inc. ("LPL America") have

15  agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be

16  more efficient for the parties and for the Court;

17    WHEREAS plaintiff agrees that the deadline for LPL America to respond to the

18  Complaint shall be extended until the earlier of the following two dates:  (1) forty-five days after

19  the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after

20  plaintiff provides written notice to LPL America that he does not intend to file a Consolidated

21  Amended Complaint, provided that such notice may be given only after the initial case

22  management conference in the MDL transferee court in this case;

23    WHEREAS plaintiff further agrees that this extension is available, without further

24  stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of

25  their intention to join this extension;

26    WHEREAS this Stipulation does not constitute a waiver by LPL America or any

27  defendant of any defense, including but not limited to the defenses of lack of personal or subject

28

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME OF TIME
CASE NO. CV 07-00123 (CW)

1    matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper

2    venue.

3              PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR

4    RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

5              1.      The deadline for LPL America to respond to the Complaint shall be

6    extended until the earlier of the following two dates (1) forty-five days after the filing of a

7    Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff

8    provides written notice that he does not intend to file a Consolidated Amended Complaint,

9    provided that such notice may be given only after the initial case management conference in the

10   MDL transferee court in this case.

11             2.      This extension is available, without further stipulation with counsel for

12   plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of

13   their intention to join this extension.

14             IT IS SO STIPULATED.

15

16   DATED: January 25, 2007                    Respectfully submitted,

17                                               MUNGER, TOLLES & OLSON LLP

18

19                                               By:_____/s/ *Jerome C. Roth*_____
                                                       JEROME C. ROTH
20                                                 Attorneys for Defendant
                                                 LG.PHILLIPS LCD AMERICA, INC.
21
     Of Counsel for Defendant:
22
     Michael R. Lazerwitz
23   Jeremy J. Calsyn
     Lee F. Berger
24   CLEARY GOTTLIEB STEEN &
        HAMILTON LLP
25   2000 Pennsylvania Avenue, NW
     Washington, DC  20006
26   Telephone:     (202) 974-1500
     Facsimile:     (202) 974-1999

27

28

STIPULATION AND [PROPOSED] ORDER FOR
                                                 EXTENSION OF TIME OF TIME
                                                 CASE NO. CV 07-00123 (CW)

1  DATED: January __, 2007                    GOLD BENNETT CERA & SIDENER LLP

2

3

4                                            By:____/s/_____
                                                     JOSEPH M. BARTON

5                                            Attorneys for Plaintiff
                                             COMPUTER WORLD SOLUTION, INC.
6

7

8

9  PURSUANT TO STIPULATION,  IT IS SO
   ORDERED:
10               1/26/07
   Dated: _____        _____
11                                        Honorable Claudia Wilken
                                       Judge of the United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR
EXTENSION OF TIME OF TIME
CASE NO. CV 07-00123 (CW)