GOLD BENNETT CERA & SIDENER LLP
PAUL F. BENNETT (State Bar No. 63318)
STEVEN O. SIDENER (State Bar No. 121062)
JOSEPH M. BARTON (State Bar No. 188441)
C. ANDREW DIRKSEN (State Bar No. 197378)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-Mail: pfb@gbcslaw.com
E-Mail: ssidener@gbcslaw.com
E-Mail: jbarton@gbcslaw.com
E-Mail: cdirksen@gbcslaw.com

Attorneys for Plaintiff
Computer World Solution, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Case No. C-07-1827 SI <br><br> MDL No. 1827 |
| This Document Relates To: <br><br> *Computer World Solution, Inc. v. LG Philips LCD Co., LTD., et al.*, Case No. 07-cv-00123-SI, <br><br> and <br><br> ALL DIRECT PURCHASER ACTIONS | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF COMPUTER WORLD SOLUTION, INC.** |

#117978

1  NOTICE IS HEREBY GIVEN that plaintiff Computer World Solution, Inc., pursuant to
2  Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, dismisses, without prejudice, its action
3  against all defendants.  The adverse parties have not filed either an answer to the complaint or a
4  motion for summary judgment and no class has been certified.

5  Dated: October 22, 2007                                    GOLD BENNETT CERA & SIDENER LLP



By: /s/ Joseph M. Barton
         Joseph M. Barton

---

#117978

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF COMPUTER WORLD
SOLUTION, INC. - Case No. C-07-1827 SI                                                                                    -1-

CERTIFICATE OF SERVICE

I, Carie Loder, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835.  I am over the age of eighteen years and am not a party to this action.

On October 22, 2007, I electronically filed the following "**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF COMPUTER WORLD SOLUTION, INC.**" with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 22, 2007, at San Francisco, California.

/s/ Carie Loder
Carie Loder